UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOANN FORTUNE                                                        PLAINTIFF

v.                                No. 5:18-CV-5049

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                  DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations (Doc. 16) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 10th day of May, 2019.

                                                           /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           U.S. DISTRICT JUDGE